UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 2:07-CR-02 |
| ) | |
| MICHAEL C. WEBB ) | |
| STEVE A. WATSON ) | |

### **O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 8, 2007. In that Report and Recommendation, the Magistrate Judge recommends that the defendants' motions to dismiss Count 2 of the indictment be denied, [Docs. 42 and 45]. Defendant Webb has filed an objection to this recommendation, [Doc. 58]. After careful and *de novo* consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the defendant's objection is **OVERRULED**, that this Report and Recommendation is **ADOPTED**

and **APPROVED**, [Doc. 51], and that the motions to dismiss adopted by the defendants be **DENIED,** [Docs. 42 and 45].

E N T E R:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE